# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                       :   No. 796

                                     :

DESIGNATION OF CHAIR AND VICE-   :   SUPREME COURT RULES DOCKET
CHAIR OF THE PENNSYLVANIA BOARD :
OF LAW EXAMINERS                 :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 25th day of March, 2019, Gerald Lawrence, Jr., Esquire, is hereby designated as Chair and David S. Rasner, Esquire, as Vice-Chair, of the Pennsylvania Board of Law Examiners, commencing June 9, 2019.